In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00389-CV**
_____

**GRAND HARBOR PROPERTY OWNERS' ASSOCIATION, Appellant**

**V.**

**GERALD STEINER, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-06-09069-CV**
_____

**MEMORANDUM OPINION**

Grand Harbor Property Owners' Association, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2025
Opinion Delivered January 16, 2025

Before Golemon, C.J., Johnson and Wright, JJ.